**Ignacio ANDRADE, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–72278.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 3, 2008.*

Filed Nov. 12, 2008.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jade D. Mundel, Esquire, Marks & Acalin, Los Angeles, CA, for Petitioner.

Michael C. Heyse, Esquire, U.S. Department of Justice Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order dis-

** This disposition is not appropriate for publication and is not precedent except as provid-

missing the appeal of an Immigration Judge's decision finding petitioner ineligible for a section 212(h) waiver of inadmissibility and adjustment of status.

Respondent's unopposed motion to dismiss is construed as a motion for summary disposition. So construed, the motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). Petitioner is ineligible for the relief he seeks because he was convicted of transportation of illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), an aggravated felony. *See* 8 U.S.C. § 1101(a)(43)(N); *United States v. Galindo–Gallegos,* 244 F.3d 728, 733–34 (9th Cir.2001).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

